Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILAGROS G. RANDALL,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; JPMORGAN CHASE BANK, N.A. dba CHASE HOME MORTGAGE dba CHASE,<br><br>Defendants. | Case No.: 2:18-cv-01010-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Milagros G. Randall (hereafter "Plaintiff") through their attorney David H. Krieger, Esq., and Lindsey H. Morales, Esq., attorney for Defendant JPMorgan Chase Bank, N.A., (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond by an additional 30 days; therefore, Defendant may answer or otherwise respond to Plaintiff's Complaint on or before August 6, 2018.

/ / /

/ / /

-1-

The parties further agree that good cause exists for this extension. The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding the dispute.

Signed this 21st day of June, 2018     Signed this 21st day of June, 2018

McCALLA RAYMER LEIBERT PIERCE, LLP

By: */s/ Lindsey H. Morales*              By: */s/ David H. Krieger*
Lindsey H. Morales, Esq.                    David H. Krieger, Esq.
Nevada Bar No. 11519                        Nevada Bar No. 9086
McCalla Raymer Leibert Pierce, LLP          Haines & Krieger, LLC
1635 Village Center Circle, Ste. 130        8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89134                     Las Vegas, Nevada 89123
(702) 425-7267                              (702) 880-5554
*Attorney for Chase Bank, N.A.*             *Attorney for Plaintiff*

## ORDER

**IT IS ORDERED.** Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before August 6, 2018.

Dated: June 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Lindsey H. Morales*
Lindsey H. Morales, Esq.
McCalla Raymer Liebert Pierce LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Lindsey.morales@mccalla.com